1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL M. WARD,                          No.  2:24-cv-0978 TLN AC PS

12              Plaintiff,

13        v.                                    ORDER

14   REDDING POLICE DEPARTMENT, et
     al.,
15
              Defendants.
16

17

18        Plaintiff is proceeding in this action pro se, and the action was accordingly referred to the

19   undersigned for pretrial proceedings by E.D. Cal. R. ("Local Rule") 302(c)(21).  Plaintiff

20   previously requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis ("IFP")

21   and submitted the required affidavit, and that motion was granted.   ECF Nos. 2, 3.  The initial

22   complaint was screened as required by 28 U.S.C. § 1915(e)(2) and fund unsuitable for service;

23   plaintiff was given leave to file a First Amended Complaint.  ECF No. 3.  Plaintiff has now filed a

24   First Amended Complaint.  ECF No. 5.

25        The federal IFP statute requires federal courts to dismiss a case if the action is legally

26   "frivolous or malicious," fails to state a claim upon which relief may be granted or seeks

27   monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  The

28   court finds, for screening purposes only, that plaintiff's claims are sufficiently cognizable.

                                                  1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Service of the First Amended Complaint (ECF No. 5) is appropriate for the following

3    defendants:

4        o   Redding Police Department

5        o   Officer Alexandria Dahnke

6        o   Officer Byron Upshaw

7        o   Officer Wesley James Townsley

8        o   Officer Jacob Guterdig

9        o   Officer Chase Webber Arnold

10   2.  The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed

11   to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil

12   Procedure 4, without prepayment of costs.

13   3.  The Clerk of the Court shall send plaintiff the above: one USM-285, one summons, a

14   copy of the complaint, and an appropriate form for consent to trial by a magistrate judge.

15   4.  Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order

16   is filed, all information needed by the Marshal to effect service of process, and shall promptly file

17   a statement with the court that said documents have been submitted to the United States Marshal.

18   The court anticipates that, to effect service, the U.S. Marshal will require, for each defendant in

19   ¶ 2, above, at least:

20       a.  One completed summons;

21       b.  One completed USM-285 form;

22       c.  One copy of the endorsed filed complaint, with an extra copy for the U.S.

23   Marshal;

24       d.  One copy of the instant order; and

25       e.  An appropriate form for consent to trial by a magistrate judge.

26   5.  In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on

27   any defendant within 90 days from the date of this order, the Marshal is directed to report that

28   fact, and the reasons for it, to the undersigned.

1    6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal,

2  501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

3    7. Failure to comply with this order may result in a recommendation that this action be

4  dismissed.

5    IT IS SO ORDERED.

6  DATED: October 23, 2024

7  _____
   ALLISON CLAIRE
8  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MICHAEL WARD,<br><br>                Plaintiff,<br><br>        v.<br><br>REDDING POLICE DEPARTMENT, et al.,<br><br>                Defendants. | No.  2:24-cv-00978 TLN AC (PS)<br><br><br>NOTICE OF SUBMISSION |

        Plaintiff has submitted the following documents to the U.S. Marshal, in compliance with

the court's order filed _____:

        _____   completed summons form

        _____   completed USM-285 form

        _____   copy of the complaint

        _____   completed form to consent or decline to consent to magistrate judge jurisdiction


_____          _____
Date                                             Plaintiff's Signature

1