UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL M. WARD,

    Plaintiff,

v.

BYRON UPSHAW, et al.,

    Defendants.

No. 2:24-cv-0978 TLN AC

ORDER

    Plaintiff is proceeding in pro se, and this case is before the undersigned in accordance with Local Rule 302(c)(21). ECF No. 1. The operative First Amended Complaint is located at ECF No. 5. On June 13, 2025, the District Judge issued an Order granting in part and denying in part defendants' motion to dismiss (ECF No. 15). ECF No. 37. Pursuant to the Order, the remaining claims in the First Amended Complaint are plaintiff's Bane Act claim, First Amendment claim, Fourth Amendment claim, Fourteenth Amendment claim, and ADA/Rehabilitation Act claim. ECF No. 37 at 11. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. A Status (Pretrial Scheduling) Conference is set for August 20, 2025 at 10:00 a.m. via Zoom before Magistrate Judge Allison Claire. All parties shall appear by counsel or in person if acting without counsel.

////

2. Not later than August 6, 2025, the parties shall file status reports addressing the following matters:

    a. Service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and their scheduling;

    f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

    g. Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

    h. Special procedures, if any;

    i. Estimated trial time;

    j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

    k. Whether the case is related to any other cases, including bankruptcy;

    l. Whether a settlement conference should be scheduled;

    m. Any other matters that may add to the just and expeditious disposition of this matter

IT IS SO ORDERED.

DATED: June 17, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE